**Amber YBARRA, Plaintiff–Appellant,**

v.

**ARKANSAS DEPARTMENT OF CORRECTION; Leroy Hoots, Corporal, McPherson Unit, ADC; Linda Dixon, Major, McPherson Unit, ADC, Defendants–Appellees.**

No. 13–1212.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 12, 2013.

Filed: Aug. 15, 2013.

Amber Ybarra, pro se.

Ka Tina R. Hodge, Scott Paris Richardson, Assistant Attorney General, Attorney

---

General's Office, Linda Dixon, Major, McPherson Unit, ADC, Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Amber Ybarra appeals following the district court's[1] adverse entry of judgment on a jury verdict in her 42 U.S.C. § 1983 action. Having carefully reviewed the parties' submissions and the record before us on appeal, we conclude that Ybarra's claims are not susceptible to meaningful review because she failed to provide a transcript of the trial proceedings. *See* Fed. R.App. P. 10(b)(1) (discussing appellant's duty to order transcript); *Schmid v. United Bhd. of Carpenters & Joiners of Am.*, 827 F.2d 384, 385–86 (8th Cir.1987) (per curiam) (where pro se appellant did not order trial transcript, appellate court could not review challenges to evidentiary rulings or to sufficiency of evidence). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.